1412

*Wednesday, October 11, 1995*

## MOTION DOCKET

94–1777. State v. Dunlap. *Hamilton County,* No. C–930121. On emergency motion for appointment of counsel filed *pro se.* Motion denied.

*Thursday, October 12, 1995*

## MOTION DOCKET

95–2032. State v. Raymundo. This cause is pending before the court as a discretionary appeal. Upon consideration of appellant's motion for stay of execution,

IT IS ORDERED by the court that the motion for stay of execution be, and hereby is, denied, effective October 11, 1995.

MOYER, C.J., DOUGLAS and RESNICK, JJ., dissent.

## DISCIPLINARY DOCKET

95–1936. In re Churilla. Pursuant to the provisions of Gov.Bar R. V(5)(A)(3), Robert Joseph Churilla of Bedford, Ohio, Attorney Registration No. 0039907, is indefinitely suspended from the practice of law in the state of Ohio.

## MISCELLANEOUS DISMISSALS

95–1587. J.A. Croson Co. v. Ohio Dept. of Adm. Serv., Div. of Pub. Works. *Franklin County,* No. 94APE09–1406. This cause is pending before the court as a discretionary appeal. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted, effective October 10, 1995.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.